| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| ROSENDO GONZALEZ, (State Bar No. 137352)<br>530 South Hewitt Street, Suite 148<br>Los Angeles, CA  90013<br>Telephone: (213) 452-0071<br>Telecopier: (213) 452-0080 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
ROBERT DANIEL WARD

Debtor(s).

CHAPTER 7

CASE NO.: 2:23-10545-BR

(No Hearing Required)

# TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof.  I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

☒ **DEBTOR:**     ROBERT DANIEL WARD

☐ **JOINT DEBTOR:**

Dated:  08/17/23

ROSENDO GONZALEZ                                        /s/ Rosendo Gonzalez
*Type Name of Trustee*                                           *Signature of Trustee*

This form has been approved by the United States Bankruptcy Court for the Central District of California.

*February 2009*